UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TRUSTEES ON BEHALF OF NORTHERN CALIFORNIA GENERAL TEAMSTERS SECURITY FUND,<br><br>Plaintiff,<br><br>v.<br><br>SVENHARD'S SWEDISH BAKERY,<br><br>Defendant. | No. 2:19-cv-02004 WBS DB<br><br>ORDER |

----oo0oo----

Plaintiff Trustees on Behalf of Northern California General Teamsters Security Fund ("the Fund") brought this action against defendant Svenhard's Swedish Bakery alleging violation of the National Labor Relations Act, 29 U.S.C. § 185, and the Employee Retirement Income Security Act, 29 U.S.C. §§ 1132 and 1145. (Compl. (Docket No. 1).) The court received defendant's notice of bankruptcy petition on December 26, 2019. (Docket No. 17.)

The automatic stay of 11 U.S.C. § 362(a)(1) prohibits

1

the "commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title." 11 U.S.C. § 362(a)(1). This action constitutes a "judicial, administrative, or other action or proceeding" against the debtor and is subject to an automatic bankruptcy stay. Any party wishing to proceed with this action may file a motion with the court to lift the stay.

IT IS THEREFORE ORDERED that all proceedings in this matter are hereby STAYED. The scheduling conference, currently set for February 18, 2020, is hereby VACATED. The Clerk of Court is instructed to administratively close this case, to be reopened upon request and application of the parties and order of this court.

Dated: February 5, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE